COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER AND NOTICE OF INTENT TO DISMISS

Appellate case name:  David Rodriguez v. James Stafford

Appellate case number:  01-15-00602-CV

Trial court case number:  2013-64247

Trial court:  295th District Court of Harris County

On July 7, 2015, appellant, David Rodriguez, proceeding *pro se*, filed a notice of appeal in the trial court from the order granting the appellee's motion for summary judgment, signed on June 15, 2015, in this legal malpractice action. Because appellant filed an affidavit of indigence with his notice of appeal, the Clerk of this Court forwarded the affidavit to the trial clerk on July 28, 2015. On October 20, 2015, the first supplemental clerk's record on indigence was filed in this Court, including the trial court's August 17, 2015 order sustaining the trial clerk's contest to appellant's affidavit of indigence. *See id.* 20.1(e)(1), (i)(4).

A party claiming indigence for appellate costs may seek review of a trial court's order sustaining a contest to his affidavit of indigence by filing a motion challenging the order, within 10 days of that order, in the appellate court. *See* TEX. R. APP. P. 20.1(j)(1), (2). Here, because appellant failed to timely file such a motion in this Court, the Clerk of this Court is directed to mark appellant not indigent for purposes of appellate costs. *See id.* 20.1(j)(2).

Accordingly, because appellant has not established indigence, it is **ORDERED** that he pay the $195.00 filing fee to the Clerk of this Court **within 30 days** of the date of this order, **or this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5, 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

        ☒ Acting individually ☐ Acting for the Court

Date: December 1, 2015